U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

AUG 1 2 2005

ROBERT H. SHEMWELL, CLERK
BY _____
DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| TRAY JOSEPH FRANCIS | CIVIL ACTION NO. 05-0813 |
| VERSUS | SECTION "P" |
| JAMES COOPER | JUDGE DRELL |
| | MAGISTRATE JUDGE KIRK |

## JUDGMENT

For the reasons stated in the Findings and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and noting the absence of objections to the Findings and Recommendation in the record;

**IT IS ORDERED** that Plaintiff's challenge to the discipline conviction be **DISMISSED WITH PREJUDICE** as frivolous under 28 U.S.C. §1915(e)(2)(B)(i) until *Heck* conditions are satisfied; and the remainder of his claims **DISMISSED WITH PREJUDICE** as frivolous pusuant to 28 U.S.C. §1915(e)(2)(B)(i).

**THUS DONE AND SIGNED**, in chambers, in Alexandria, Louisiana, on this 12TH day of August, 2005.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE